**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kitty SMITH, Torey Gartrell, a.k.a.**
**Eggman, Defendants–**
**Appellants.**

No. 08–11452
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 19, 2009.

John Jay McArthur, McArthur, McArthur & Overend, LLP, Athens, GA, Scott Chandler Huggins, Macon, GA, for Defendants–Appellants.

Michelle Schieber, Tamara A. Jarrett, Macon, GA, Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Before TJOFLAT, EDMONDSON and COX, Circuit Judges.

PER CURIAM:

Scott Chandler Huggins, appointed counsel for Torey Gartrell in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gartrell's convictions and sentences are **AFFIRMED.**